# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IOU CENTRAL, INC. d/b/a IOU FINANCIAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> TURF TECHNOLOGIES, INC., JONATHAN MCGLOIN, and JEFFREY T. JOHNSTON, <br><br> Defendants. | CIVIL ACTION FILE <br> No. 1:21-cv-01678-TWT |

**DEFENDANTS TURF TECHNOLOGIES, INC & JEFFREY T. JOHNSTON'S MOTION TO DISMISS OR IN THE ALTERNATIVE STAY**

COME NOW Defendants Turf Technologies, Inc. and Jeffrey T. Johnston and file this their Motion to Dismiss or in the Alternative Stay Due and show this Court as follows:

Plaintiff IOU Central, Inc d/b/a IOU Financial, Inc ("IOU") has sued three defendants in diversity upon a purported breach of contract. Two of the defendants, Turf Technologies, Inc ("Turf Tech") and Jeffrey T. Johnston ("Johnston") are Massachusetts residents with no connection to Georgia, and the third, Jonathan T. McGloin, is a Rhode Island resident. IOU claims that Turf Tech, Johnston and McGloin agreed to a contract with a choice of jurisdiction and venue

clause in Georgia. While McGloin arguably may have agreed to such terms, neither Turf Tech nor Johnston agreed to any such terms as evidenced by a verified complaint previously filed in the Rhode Island Superior Court by Turf Tech and Johnston against McGloin and a number of entities (including IOU). Further, despite the averment to the contrary, neither Turf Tech nor Johnston committed any acts in Georgia. As previously mentioned, there was a prior action pending at the time this complaint was filed between the parties related to the matters and issues brought in this complaint in a state court in Rhode Island. For the reasons explained in the brief in support of this motion filed simultaneously herewith, this Honorable Court does not have personal jurisdiction over Turf Tech or Johnston, and this Court should dismiss or in the alternative stay this action until resolution of the Rhode Island Superior Court action due to abstention principles and the doctrine of *forum non conveniens*.

**WHEREFORE** defendants Turf Technologies, Inc. and Jeffrey Johnston request that this Honorable Court:

1. Dismiss this case pursuant to Rule 12(b)(2);
2. Dismiss or in the alternative stay this action under the principle of abstention; and/or
3. Dismiss under the doctrine of forum *non conveniens*.

Respectfully submitted this the 10th day of June 2021.

|  |  |
|---|---|
| **PARKS, CHESIN & WALBERT, P.C.**<br>75 14th, 26th Floor<br>Atlanta, GA 30309<br>Telephone: 404-873-8000<br>Facsimile:  404-873-8050 | */s/ J. Matthew Maguire, Jr.*<br>J. Matthew Maguire, Jr.<br>Georgia Bar No.372670<br>mmaguire@pcwlawfirm.com<br>Robert J. Kozloski, III<br>GA Bar No. 548519<br>rkozloski@pcwlawfirm.com |
| **LONARDO & FORTE, LLP**<br>2980 West Shore Road<br>Warwick, RI 02886<br>Telephone: 401-542-4100<br>Facsimile: 401-661-9195<br>*Counsel for Defendants Turf Technologies, Inc. and Jeffrey Johnston* | */s/ Michael B. Forte, Jr.*<br>Michael B. Forte, Jr.<br>Rhode Island Bar No. 7943<br>mforte@alftlaw.com<br>*(Pro Hac Vice Application Pending)* |

## CERTIFICATE OF SERVICE AND
## COMPLIANCE WITH LOCAL RULE 5.1(C)

I hereby certify that on June 10, 2021, I electronically filed the foregoing **DEFENDANTS TURF TECHNOLOGIES, INC. AND JEFFREY T. JOHNSTON'S MOTION TO DISMISS OR IN THE ALTERNATIVE STAY,** using Times New Roman 14-point font, with the Clerk of Court using the CM/ECF system which will serve the following counsel of record:

> Paul F. Wersant
> 3245 Peachtree Parkway
> Suite D-245
> Suwanee, GA 30024
> pwersant@gmail.com

> /s/ J. Matthew Maguire, Jr.
> J. Matthew Maguire, Jr.
> Georgia Bar No.372670
> mmaguire@pcwlawfirm.com